U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 5 2013

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:13CR50063-001 |
| | ) | |
| JAMES EDWARD WILLIAMS | ) | 18 U.S.C. § 876(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 12, 2011, in the County of Washington, in the Western District of Arkansas, Fayetteville Division, the defendant, **JAMES EDWARD WILLIAMS**, did knowingly cause to be delivered by the U.S. Postal Service according to the directions thereon, communications addressed to another person and containing a threat to injure the person of the addressee, namely, a threatening letter addressed to A.H., in violation of 18 U.S.C. § 876(c).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

By: _/s/ Glen R. Hines_
    Glen R. Hines
    Assistant U.S. Attorney
    Arkansas Bar No. 94199
    414 Parker Avenue
    Fort Smith, AR  72901
    Phone: 479-783-5125
    E-mail: glen.r.hines@usdoj.gov

CONNER ELDRIDGE
UNITED STATES ATTORNEY